*3*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES OF AMERICA          *

    VS                            *          CRIMINAL NO. B-00-437

DON KEITH KING                    *          (Civil Action No. B-02-095) ✓

## O R D E R

On May 9, 2002, came on to be considered Defendant's Motion for Transcripts and Court Records and to Proceed Pro Se in Forma Pauperis (Dkt. No. 40). The Court hereby GRANTS said motion.

Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

It is ORDERED that the District Clerk mail Defendant the following:

1.  A copy of the transcript of the motions hearing and bench trial record held on December 7, 2000;

2.  A copy of the transcript of the sentencing record held on March 2, 2001; and

3.  Copies of the affidavits of Officers Jose Martinez and Ramiro Martinez and witness Carlos Sanchez.

Done at Brownsville, Texas, this 9th day of May 2002.

_____
Felix Recio
United States Magistrate Judge