4

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**MAY 13 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DONALD KEITH KING | * | |
| VS | * | C.A. NO. B-02-095 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-00-437-01) |

**O R D E R**

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **June 10, 2002**.

DONE at Brownsville, Texas, this 9th day of May 2002.

_____
Felix Recio
United States Magistrate Judge
