5

) 240  (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_Southern_ **District of** _Texas_
_Brownsville Division_

United States District Court
Southern District of Texas
FILED

~~MAY 3 1 2002~~

Micheal N. Milby
Clerk of Court

_Donald K. King_
**Plaintiff**

V.

_US A_
**Defendant**

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: **B-02.0951**

_Donald K. King_ _____ declare that I am the (check appropriate box)

petitioner/plaintiff/movant          ☐ other

the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
ider 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the
·lief sought in the complaint/petition/motion.

ι support of this application, I answer the following questions under penalty of perjury:

.  Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  _Federal Corrections Complex - Colemam Medium_

   Are you employed at the institution? _yes_   Do you receive any payment from the institution? _yes_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'**
   transactions.

:.  Are you currently employed?          ☐ Yes          ☒ No

   a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
        name and address of your employer.

   b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or
        wages and pay period and the name and address of your last employer. _April 1999. $30 - $45_
        _daily as available.    56th St. - Tampa, Fl._

3.  In the past 12 twelve months have you received any money from any of the following sources?

   a.   Business, profession or other self-employment          ☐ Yes          ☒ No
   b.   Rent payments, interest or dividends                    ☐ Yes          ☒ No
   c.   Pensions, annuities or life insurance payments          ☐ Yes          ☒ No
   d.   Disability or workers compensation payments             ☐ Yes          ☒ No
   e.   Gifts or inheritances                                   ☐ Yes          ☒ No
   f.   Any other sources                                       ☒ Yes          ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state
   the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

I receive about $100 bi-weekly from my mother.

4.  Do you have any cash or checking or savings accounts?     □ Yes          ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     □ Yes          ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
    Devin Simmons - son
    Dearbre King  - son
    currently none.

I declare under penalty of perjury that the above information is true and correct.

_5-16-2002_                    _____
Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Michael N. Milby
United States District Court
Southern District of Texas
RECEIVED
MAY 3 1 2002

ACCOUNT
STATEMENT

DATE 05/16/02
PAGE No.01

Account # 94445079

KING DONALD L
C 1-2

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | .00 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DL0144 | 13:01 | 06-26-01 | FUNDS TRANSFERRED IN | .60 | .60 |
| T61164 | 12:46 | 06-29-01 | MONEY ORDER | 200.00 | 200.60 |
| 64B059 | 9:52 | 06-30-01 | DEPOSIT ITS FUNDS | 10.00- | 190.60 |
| 000031 | 12:26 | 07-05-01 | SALE / REGULAR | 47.91- | 142.69 |
| 000047 | 14:11 | 07-10-01 | SALE / REGULAR | 83.25- | 59.44 |
| T63866 | 13:36 | 07-13-01 | MONEY ORDER | 16.50 | 75.94 |
| 000038 | 13:43 | 07-18-01 | SALE / REGULAR | 48.50- | 27.44 |
| 000061 | 13:28 | 07-25-01 | SALE / REGULAR | 26.25- | 1.19 |
| T68088 | 12:18 | 08-06-01 | MONEY ORDER | 40.00 | 41.19 |
| 000157 | 18:06 | 08-08-01 | SALE / REGULAR | 23.80- | 17.39 |
| 000158 | 18:06 | 08-08-01 | SALE / REGULAR | 1.60- | 15.79 |
| 000151 | 18:07 | 08-15-01 | SALE / REGULAR | 13.95- | 1.84 |
| T73128 | 13:37 | 08-29-01 | MONEY ORDER | 50.00 | 51.84 |
| 000086 | 17:42 | 08-29-01 | SALE / REGULAR | 38.85- | 12.99 |
| 000118 | 18:41 | 09-04-01 | SALE / REGULAR | 11.45- | 1.54 |
| AUG01P | 7:57 | 09-07-01 | PERFORMANCE PAY | 17.04 | 18.58 |
| T74741 | 11:36 | 09-10-01 | MONEY ORDER | 25.00 | 43.58 |
| 000078 | 18:23 | 09-12-01 | SALE / REGULAR | 15.80- | 27.78 |
| 000107 | 18:25 | 09-19-01 | SALE / REGULAR | 14.50- | 13.28 |
| 79F2B0 | 11:02 | 09-23-01 | DEPOSIT ITS FUNDS | 3.00- | 10.28 |

**** TRANSACTION TOTAL ****        10.28

```
]t             ACCOUNT
]t             STATEMENT
?CC COLEMAN - LIMITED OFFICAL USE          DATE 05/16/02
346 NE 54TH TERRACE                        PAGE No.01
COLEMAN FL 33521
```

Account # 94445079

KING DONALD L
C 1-2

| ---BEGINNING--- | AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
|---|---|---|---|---|---|
| | BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |
| | 10.28 | .00 | .00 | .00 | 10.28 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| T00825 | 12:08 | 10-03-01 | MONEY ORDER | 40.00 | 50.28 |
| 000106 | 19:15 | 10-04-01 | SALE / REGULAR | 25.20- | 25.08 |
| SEP01P | 9:22 | 10-05-01 | PERFORMANCE PAY | 25.08 | 50.16 |
| SEP01P | 9:22 | 10-05-01 | PERFORMANCE PAY | 5.25 | 55.41 |
| FRPOCT | 10:16 | 10-05-01 | FIN. RESP. ACT | 25.00- | 30.41 |
| 000136 | 19:10 | 10-09-01 | SALE / REGULAR | 4.56- | 25.85 |
| 7F4946 | 20:09 | 10-13-01 | DEPOSIT ITS FUNDS | 3.00- | 22.85 |
| 000037 | 14:46 | 10-22-01 | SALE / REGULAR | 3.10- | 19.75 |
| 000025 | 13:50 | 10-25-01 | SALE / REGULAR | 19.65- | .10 |
| T06136 | 11:25 | 10-29-01 | MONEY ORDER | 75.00 | 75.10 |
| 000030 | 15:19 | 10-30-01 | SALE / REGULAR | 1.55- | 73.55 |
| 000042 | 15:08 | 11-01-01 | SALE / REGULAR | 41.25- | 32.30 |
| 000043 | 15:12 | 11-01-01 | SALE / REGULAR | 25.55- | 6.75 |
| 000022 | 15:07 | 11-05-01 | SALE / REGULAR | 3.10- | 3.65 |
| 000027 | 15:19 | 11-08-01 | SALE / REGULAR | 3.10- | .55 |
| OCT01P | 9:48 | 11-09-01 | PERFORMANCE PAY | 43.02 | 43.57 |
| SEP01P | 10:23 | 11-09-01 | PERFORMANCE PAY | 25.08- | 18.49 |
| 000029 | 15:25 | 11-13-01 | SALE / REGULAR | 9.70- | 8.79 |
| 000033 | 15:33 | 11-13-01 | SALE / REGULAR | 7.60- | 1.19 |
| 000038 | 15:40 | 11-13-01 | SALE / REGULAR | 1.02- | .17 |
| T12340 | 12:56 | 11-28-01 | MONEY ORDER | 75.00 | 75.17 |
| 000140 | 19:04 | 11-29-01 | SALE / REGULAR | 40.40- | 34.77 |
| 000141 | 19:07 | 11-29-01 | SALE / REGULAR | 5.35- | 29.42 |
| 000037 | 13:58 | 12-03-01 | SALE / REGULAR | 6.20- | 23.22 |
| T13819 | 9:21 | 12-04-01 | MONEY ORDER | 20.00 | 43.22 |
| 000040 | 14:19 | 12-06-01 | SALE / REGULAR | 32.35- | 10.87 |
| NOV01P | 8:38 | 12-07-01 | PERFORMANCE PAY | 17.64 | 28.51 |
| FRPDEC | 9:25 | 12-07-01 | FIN. RESP. ACT | 25.00- | 3.51 |
| 000081 | 14:29 | 12-12-01 | SALE / REGULAR | 3.10- | .41 |
| T17625 | 10:10 | 12-19-01 | MONEY ORDER | 50.00 | 50.41 |
| 000013 | 13:19 | 12-20-01 | SALE / REGULAR | 42.05- | 8.36 |
| 000015 | 13:20 | 12-20-01 | SALE / REGULAR | 5.05- | 3.31 |
| T18956 | 10:55 | 12-21-01 | MONEY ORDER | 50.00 | 53.31 |
| 93398E | 18:26 | 12-25-01 | DEPOSIT ITS FUNDS | 5.00- | 48.31 |
| T19357 | 9:53 | 12-26-01 | MONEY ORDER | 25.00 | 73.31 |
| 000082 | 13:33 | 12-31-01 | SALE / REGULAR | 59.10- | 14.21 |
| 000015 | 14:22 | 01-03-02 | SALE / REGULAR | 12.80- | 1.41 |
| DEC02P | 8:36 | 01-04-02 | PERFORMANCE PAY | 42.63 | 44.04 |
| 000041 | 13:57 | 01-07-02 | SALE / REGULAR | 36.10- | 7.94 |
| 000043 | 14:02 | 01-07-02 | SALE / REGULAR | 2.00- | 5.94 |

ACCOUNT
STATEMENT

```
)‡
?CC COLEMAN - LIMITED OFFICAL USE          DATE 05/16/02
346 NE 54TH TERRACE                        PAGE No.02
COLEMAN FL 33521
```

Account # 94445079

KING DONALD L
C 1-2

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|-------|
| T24877 | 12:11 | 01-14-02 | MONEY ORDER | 30.00 | 30.14 |
| 000064 | 17:40 | 01-14-02 | SALE / REGULAR | 24.95- | 5.19 |
| 000085 | 17:45 | 01-14-02 | SALE / REGULAR | 5.00- | .19 |
| T28085 | 9:00 | 01-30-02 | MONEY ORDER | 100.00 | 100.19 |
| 000043 | 17:27 | 01-30-02 | SALE / REGULAR | 83.95- | 16.24 |
| 000028 | 14:13 | 02-04-02 | SALE / REGULAR | 15.75- | .49 |
| 000029 | 14:14 | 02-04-02 | SALE / REGULAR | .45- | .04 |
| JAN02P | 9:43 | 02-08-02 | PERFORMANCE PAY | 63.86 | 63.90 |
| 000048 | 14:48 | 02-11-02 | SALE / REGULAR | 60.45- | 3.45 |
| 000050 | 15:04 | 02-21-02 | SALE / REGULAR | 3.20- | .25 |
| T34116 | 12:24 | 02-22-02 | MONEY ORDER | 100.00 | 100.25 |
| 000007 | 13:30 | 02-25-02 | SALE / REGULAR | 95.35- | 4.90 |
| 000009 | 13:33 | 02-25-02 | SALE / REGULAR | 4.50- | .40 |
| 000054 | 14:02 | 02-28-02 | SALE / REGULAR | .40- | .00 |
| T37360 | 7:50 | 03-07-02 | MONEY ORDER | 40.00 | 40.00 |
| 000089 | 18:46 | 03-07-02 | SALE / REGULAR | 31.70- | 8.30 |
| FEB02P | 7:34 | 03-08-02 | PERFORMANCE PAY | 62.92 | 71.22 |
| T37693 | 7:46 | 03-08-02 | MONEY ORDER | 10.00 | 81.22 |
| FRPMAR | 9:47 | 03-08-02 | FIN. RESP. ACT | 25.00- | 56.22 |
| 000084 | 18:22 | 03-11-02 | SALE / REGULAR | 54.65- | 1.57 |
| 000109 | 19:07 | 03-11-02 | SALE / REGULAR | .40 | 1.97 |
| 000049 | 14:16 | 03-14-02 | SALE / REGULAR | 1.80- | .17 |
| T41058 | 10:40 | 03-21-02 | MONEY ORDER | 100.00 | 100.17 |
| 000131 | 19:10 | 03-21-02 | SALE / REGULAR | 69.25- | 30.92 |
| ADA859 | 10:52 | 03-23-02 | DEPOSIT ITS FUNDS | 3.00- | 27.92 |
| AE3F98 | 18:50 | 03-25-02 | DEPOSIT ITS FUNDS | 2.00- | 25.92 |
| AEB264 | 20:04 | 03-27-02 | DEPOSIT ITS FUNDS | 3.00- | 22.92 |
| AF5098 | 16:59 | 03-30-02 | DEPOSIT ITS FUNDS | 2.00- | 20.92 |
| 000118 | 17:28 | 04-02-02 | SALE / REGULAR | 17.60- | 3.32 |
| T43978 | 13:11 | 04-03-02 | MONEY ORDER | 40.00 | 43.32 |
| 000144 | 19:04 | 04-03-02 | SALE / REGULAR | 19.00- | 24.32 |
| 000060 | 15:09 | 04-04-02 | SALE / REGULAR | 20.00- | 4.32 |
| MAR02P | 7:52 | 04-05-02 | PERFORMANCE PAY | 58.50 | 62.82 |
| 000106 | 15:00 | 04-09-02 | SALE / REGULAR | 52.55- | 10.27 |
| 000078 | 15:03 | 04-09-02 | SALE / REGULAR | 10.00- | .27 |
| T49248 | 12:09 | 04-25-02 | MONEY ORDER | 140.00 | 140.27 |
| 000054 | 14:56 | 04-29-02 | SALE / REGULAR | 20.00- | 120.27 |
| 000077 | 13:46 | 04-30-02 | SALE / REGULAR | 90.40- | 29.87 |
| 000138 | 18:03 | 04-30-02 | SALE / REGULAR | 24.80- | 5.07 |
| 000099 | 17:29 | 05-07-02 | SALE / REGULAR | 4.70- | .37 |
| T52287 | 9:00 | 05-09-02 | MONEY ORDER | 50.00 | 50.37 |
| 000062 | 17:20 | 05-09-02 | SALE / REGULAR | 20.00- | 30.37 |
| 000131 | 19:46 | 05-09-02 | SALE / REGULAR | 1.50- | 28.87 |

```
                          ACCOUNT
)♣                       STATEMENT
FCC COLEMAN - LIMITED OFFICAL USE              DATE 05/16/02
346 NE 54TH TERRACE                            PAGE No.03
COLEMAN FL 33521
```

Account # 94445079

KING DONALD L
C 1-2

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|---|
| APR02P | 8:13 | 05-10-02 | PERFORMANCE PAY | 62.85 | 84.92 |
| 000034 | 14:08 | 05-13-02 | SALE / REGULAR | 20.00- | 64.92 |
| 000053 | 15:01 | 05-14-02 | SALE / REGULAR | 30.00- | 34.92 |

**** TRANSACTION TOTAL ****    24.64