United States District Court
Southern District of Texas
ENTERED

NOV 27 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD KEITH KING, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-095 |
| | § | CRIMINAL NO. B-00-437 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Request for a Certificate of Appealability (Doc. #10) is hereby DENIED. The United States District Clerk's Office is hereby ORDERED to close this case.

DONE at Brownsville, Texas this 27 day of _____, 2002.

_____
Hilda Tagle
United States District Judge